OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Nationwide Mutual Insurance Company, Appellee, v. Jones et al., Appellants.
[Cite as Nationwide Mut. Ins. Co. v. Jones (1994),      Ohio St.3d     .]
Automobile liability insurance -- Uninsured motorist coverage
     designed to protect persons, not vehicles -- Insurance
     policy exclusion of uninsured motorist coverage for vehicle
     owned by relative, not in accord with R.C. 3937.18.
     (No. 93-1666 -- Submitted August 31, 1994 -- Decided October 5, 1994.)
     Appeal from the Court of Appeals for Cuyahoga County, No. 62779.

     Weston, Hurd, Fallon, Paisley & Howley, Timothy D. Johnson and Gregory E. O'Brien, for appellee.
     Donald E. Caravona & Associates and Mark J. Obral, for appellants.
     Scanlon & Henretta Co., L.P.A., J. Thomas Henretta and Ann Marie O'Brien, urging reversal for amicus curiae, Ohio Academy of Trial Lawyers.

     The judgment of the court of appeal is reversed and the cause is remanded to the trial court to apply Martin v. Midwestern Group Ins. Co. (1994),      Ohio St.3d     , N.E.2d     , decided today.
     A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.
     Moyer, C.J., concurs separately.
     Wright, J., dissents for the reasons stated in the dissenting opinions in Martin v. Midwestern Group Ins. Co. (1994),      Ohio St.3d     ,      N.E.2d     .
     Moyer, C.J., concurring separately. I concur separately in the judgment entry in the above-styled case. As my dissent in Martin v. Midwestern Group Ins. Co. (1994),      Ohio St.3d     ,      N.E.2d     , stated, I do not agree with the law announced in the majority decision. Nevertheless, it is the law on the issue in the above-styled case. As I believe all parties should receive equal application of the law announced by this court,

and only for that reason, I concur in the judgment entry.